IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

STEWART MANAGO,

    Plaintiff,   No. 2:12-cv-0966 GGH P

    vs.

MATTHEW CATE, et al.,

ORDER

    Defendants.

_____/

    Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983. This case is before the undersigned pursuant to plaintiff's consent. Doc. 5. On May 1, 2012, the court denied plaintiff's motion to proceed in forma pauperis as he was three strikes barred pursuant to 28 U.S.C. § 1915(g). Plaintiff was provided 28 days to pay the filing fee in full or this case would be dismissed. Plaintiff filed a motion for reconsideration that was denied, but has not paid the filing fee. Therefore, this case is dismissed.

    Accordingly, IT IS HEREBY ORDERED that this case is dismissed.

DATED: July 10, 2012

                                    /s/ Gregory G. Hollows
                          UNITED STATES MAGISTRATE JUDGE

GGH: AB
mana0966.dis

1